Copies mailed 7/23/21
Chambers of Judge Davison to Pro Se Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rodney Joseph,

                Plaintiff,

- *against* -

Anthony Annucci, et al.,

                Defendants.

18 Civ. 7197 (NSR)(PED)

**ORDER TO SHOW CAUSE**

**PAUL E. DAVISON, U.S.M.J.:**

This Court scheduled a telephonic status conference for June 11, 2021, at which Plaintiff Rodney Joseph, *pro se*, failed to appear. The conference was adjourned to June 22, 2021.

Plaintiff appeared, *pro se*, for the June 22 conference, and Attorney Sarande Dedushi appeared on behalf of the remaining Defendants, and at which this Court scheduled a status conference for July 23, 2021 at 9:30 a.m. Plaintiff was instructed, on the record, to appear for the July 23 conference. Attorney Dedushi informed the Court that Plaintiff had not responded to written discovery demands, and the Court instructed Plaintiff to respond to discovery by the July 23 conference. The Court informed Plaintiff that his case may be subject to sanctions including dismissal if he failed to respond. On July 14, 2021, Attorney Dedushi contacted Plaintiff by telephone and reminded him of the July 23 conference.

Plaintiff failed to appear at this morning's scheduled conference and did not contact the Court to explain his absence. Attorney Dedushi called Plaintiff at 9:32 a.m. but was unable to reach him. The Court commenced the conference, on the record, at 9:48 a.m. Attorney Dedushi informed the Court that Plaintiff had failed to respond to Defendants' discovery demands, which have been outstanding for some time. Accordingly,

The Court sets a telephonic status conference for August 11, 2021 10:00 a.m., at which Attorney Rodney Joseph is hereby **ORDERED** to appear; and

Plaintiff is **ORDERED** to respond to all outstanding written discovery by the August 11, 2021 conference.

Plaintiff is reminded of the duty to diligently prosecute this action under Rule 41(b) of the Federal Rules of Civil Procedure, and that **his complaint may be involuntarily dismissed for failure to prosecute, including failure to attend conferences before this Court and failure to respond to discovery.**

Dated: July 22, 2021  
      White Plains, New York

**SO ORDERED:**

_____  
PAUL E. DAVISON, U.S.M.J