UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/12/2022
```

RODNEY JOSEPH,

                Plaintiff,

-against-

WILLIAM ELEBERTH,

                Defendant.

18-CV-7197 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    On June 17, 2022, the Court issued an Order to Show Cause directing *pro se* Plaintiff Rodney Joseph to show cause in writing on or before June 24, 2022, as to why his claims against Defendant William Eleberth should not be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). (ECF No. 128.) The Court's order was subsequently mailed to Plaintiff at his address on 732 Bristol St., Brooklyn, NY 11236. To date, the deadline expired 18 days ago, and Plaintiff has both failed to respond to the Order to Show Cause and to even communicate with the Court since March 25, 2022.

    Accordingly, the Court DISMISSES the above-captioned action without prejudice for want of prosecution. The Clerk of the Court is directed to terminate this action, to mail a copy of this order to *pro se* Plaintiff at his address on ECF, and to show service on the docket.

Dated: July 12, 2022
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge